82 A.3d 938

IN THE MATTER OF DAVID A. LEWIS, AN ATTORNEY
AT LAW (ATTORNEY NO. 029491985).

January 27, 2014.

## ORDER

This matter having been duly presented to the Court, it is
ORDERED that **DAVID A. LEWIS** of **MORRISTOWN,** who was
admitted to the bar of this State in 1985, and who has been
suspended from the practice of law since December 15, 2011,
pursuant to Orders of this Court filed December 15, 2011 and July
11, 2013, be restored to the practice of law, effective immediately.